JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-138-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| JATHAN LEE VANWEERDHUIZEN, | |
| Defendant. | |

Based on the unopposed motion of the defendant to continue the trial date and extend the due date for pretrial motions, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(Jathan Vanweerdhuizen; CR16-138RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1      4.  Taking into account the exercise of due diligence, a continuance is necessary
2 to allow the defendant the reasonable time for effective preparation of his defense.  18
3 U.S.C. § 3161(h)(7)(B)(iv).
4     NOW, THEREFORE,
5     IT IS HEREBY ORDERED that the defendant's unopposed motion to continue
6 the trial date and the pretrial motions deadline (Dkt. #12) is GRANTED.  The trial date
7 is continued from August 29, 2016, to December 12, 2016.
8     IT IS FUTHER ORDERED that the resulting period of delay from the date of
9 this order through the new trial date of December 12, 2016, is hereby excluded for
10 speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).
11     IT IS FURTHER ORDERED that all pretrial motions, including motions in
12 limine, shall be filed no later than November 3, 2016.   All proposed trial exhibits shall
13 be filed no later than December 12, 2016.
14     DATED this 26th day of July, 2016.

                                                                                                      */s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(Jathan Vanweerdhuizen; CR16-138RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**